```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
         CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| NEAL WARD, and DAVID SIBLEY § | | |
| § | | |
|     Plaintiffs, § | | |
| § | | |
| vs. § | C.A. NO. C-05-56 | |
| § | | |
| COMMERCIAL METALS COMPANY, § | | |
| § | | |
|     Defendant. § | | |

## ORDER

On March 6, 2007, the Plaintiffs Neal Ward and David Sibley filed an "Agreed Motion to Continue Initial Pretrial Conference." (D.E. 11.) The Court DENIES the Plaintiffs' motion and reminds the parties that, pursuant to this Court's "Order for Conference," all pending motions will be heard at the Initial Pretrial Conference . (D.E. 6, ¶ 5).

SIGNED and ENTERED this 6th day of March, 2007.

_____
          Janis Graham Jack
     United States District Judge