```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                    CORPUS CHRISTI DIVISION
```

UNITED STATES OF AMERICA,       §
NEAL WARD, and DAVID SIBLEY     §
                                §
    Plaintiffs,                §
                                §
vs.                             §    C.A. NO. C-05-56
                                §
COMMERCIAL METALS COMPANY,      §
                                §
    Defendant.                 §

## ORDER

On this day the Court held an initial pretrial conference in the above-styled action. At this hearing, the Court made the following orders:

1. Plaintiffs' "Motion to Add a Party as Plaintiff" (D.E. 16) is DENIED.

2. The deadline for Plaintiffs to respond to Defendant's "Motion to Dismiss" is hereby EXTENDED to April 23, 2007. The Court will carry forward the Defendant's Motion to Dismiss (D.E. 8) until that day. In the interim, the parties may conduct discovery on the applicability of the jurisdictional bar contained in 31 U.S.C. § 3730(e)(4)(A)-(B).

3. Pursuant to an agreement between the parties, the Court hereby ORDERS that all documents showing transfers of funds in and out of CMC Oil Company shall not be destroyed or altered by the Defendant Commercial Metals Company, and shall remain in the custody of the Defendant during the pendency of this litigation.

SIGNED and ENTERED this 7th day of March, 2007.

_____
Janis Graham Jack
United States District Judge