```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| NEAL WARD, and DAVID SIBLEY § | |
| § | |
|     Plaintiffs, § | |
| § | |
| vs. § | C.A. NO. C-05-56 |
| § | |
| COMMERCIAL METALS COMPANY, § | |
| § | |
|     Defendant. § | |

## FINAL JUDGMENT

In accordance with this Court's Order Granting Defendant's Motion to Dismiss Plaintiff's Complaint, the Court hereby enters final judgment dismissing the above-styled action.

Signed on the 9th day of May, 2007.

_____
Janis Graham Jack
United States District Judge